UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

U.S. BANK NATIONAL
ASSOCIATION, as Trustee Relating
to Chevy Chase Funding LLC
Mortgage Backed Certificates Series
2006-2

       Plaintiff,

v.                                                                                                                Case No:   2:16-cv-733-FtM-99CM

CHRISTOPHER J. SARARO,
ALFREDO J. SARARO, III ,
UNKNOWN SPOUSE OF
ALFREDO J. SARARO, III,
GRANDE EXCELSIOR AT THE
GRANDE PRESERVE
CONDOMINIUM ASSOCIATION,
INC., THE DUNES OF NAPLES
PROPERTY OWNERS
ASSOCIATION, INC., GRANDE
PRESERVE AT THE DUNES
COMMUNITY ASSOCIATION,
INC., CHICAGO TITLE
INSURANCE COMPANY, PNC
BANK, N.A., UNITED STATES OF
AMERICA DEPARTMENT OF
TREASURY, UNITED STATES
ATTORNEY, PARTIES IN
POSSESSION UNKNOWN
TENANT'35;1, PARTIES IN
POSSESSION UNKNOWN
TENANT '35;2 and SUMMER
PARHAM SARARO,

       Defendants.

_____

**ORDER**

This matter comes before the Court upon review of the Joint Motion to Extend Dates in Case Management Plan (Doc. 97) filed on June 15, 2017. On February 6, 2017, Senior United States District Judge John E. Steele entered a Case Management and Scheduling Order setting the mediation deadline to June 19, 2017, the discovery deadline to June 26, 2017, the deadline for dispositive motions to June 26, 2017, and a trial term of November 6, 2017. Doc. 73 at 2. Plaintiff and Defendants Christopher Sararo and Summer Parham Sararo (the "Sararos") seek to extend the mediation deadline and the deadline for dispositive motions by thirty (30) days because the Sararos' counsel appeared in this matter on March 17, 2017. Docs. 79, 97.

Although Plaintiff and the Sararos state that this motion is jointly made, the motion only bears the signatures of their counsel and does not allege whether other Defendants agree to the requested extension. Doc. 97. As a result, the Court will deny without prejudice the present motion and direct the parties to refile a motion for extension clarifying whether other parties agree to the requested relief.

ACCORDINGLY, it is hereby

**ORDERED:**

The Joint Motion to Extend Dates in Case Management Plan (Doc. 97) is **DENIED without prejudice**. The parties shall have up to and including **June 23, 2017** to file a motion for extension pursuant to this Order.

**DONE** and **ORDERED** in Fort Myers, Florida on this 16th day of June, 2017.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record