UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

U.S. BANK NATIONAL
ASSOCIATION, as Trustee Relating
to Chevy Chase Funding LLC
Mortgage Backed Certificates Series
2006-2

      Plaintiff,

v.                                               Case No: 2:16-cv-733-FtM-99CM

CHRISTOPHER J. SARARO,
ALFREDO J. SARARO, III ,
UNKNOWN SPOUSE OF
ALFREDO J. SARARO, III,
GRANDE EXCELSIOR AT THE
GRANDE PRESERVE
CONDOMINIUM ASSOCIATION,
INC., THE DUNES OF NAPLES
PROPERTY OWNERS
ASSOCIATION, INC., GRANDE
PRESERVE AT THE DUNES
COMMUNITY ASSOCIATION,
INC., CHICAGO TITLE
INSURANCE COMPANY, PNC
BANK, N.A., UNITED STATES OF
AMERICA DEPARTMENT OF
TREASURY, UNITED STATES
ATTORNEY, PARTIES IN
POSSESSION UNKNOWN
TENANT'35;1, PARTIES IN
POSSESSION UNKNOWN
TENANT '35;2 and SUMMER
PARHAM SARARO,

      Defendants.
_____

<u>**ORDER**</u>

This matter comes before the Court upon review of the Amended Motion to Extend Dates in Case Management Plan (Doc. 99) filed on June 23, 2017. Plaintiff and Defendants Christopher Sararo and Summer Parham Sararo (the "Sararos") seek to extend the mediation deadline and the deadline for dispositive motions by thirty (30) days because the Sararos' counsel appeared in this matter on March 17, 2017. Docs. 79, 99. Other defendants who have appeared in this matter agree to the requested extension. Doc. 99 at 2. Plaintiff and the Sararos previously filed the motion to extend the deadlines, which the Court denied for failure to comply with Local Rule 3.01(g). Doc. 98.

On February 6, 2017, Senior United States District Judge John E. Steele entered a Case Management and Scheduling Order setting the mediation deadline to June 19, 2017, the discovery deadline to June 26, 2017, the deadline for dispositive motions to June 26, 2017, and a trial term of November 6, 2017. Doc. 73 at 2.

District courts have broad discretion when managing their cases in order to ensure that the cases move to a timely and orderly conclusion. *Chrysler Int'l Corp. v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002). Rule 16 requires a showing of good cause for modification of a court's scheduling order. Fed. R. Civ. P. 16(b)(4). "This good cause standard precludes modification unless the schedule cannot be met despite the diligence of the party seeking the extension." *Sosa v. Airprint Sys., Inc.*, 133 F. 3d 1417, 1418 (11th Cir. 1998) (internal quotations and citations omitted). Here, the Court will grant the requested extension because the Sararos' counsel has

been retained recently. Docs. 79, 99. The requested extension also does not affect other remaining CMSO deadlines. Docs. 73 at 2, 99 at 1.

ACCORDINGLY, it is hereby

**ORDERED:**

1. The Amended Motion to Extend Dates in Case Management Plan (Doc. 99) is **GRANTED**.

2. The mediation deadline is extended to July 19, 2017.

3. The deadline for dispositive motions is extended to July 26, 2017.

**DONE** and **ORDERED** in Fort Myers, Florida on this 26th day of June, 2017.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record